JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRODIGY FINANCE CM2021-2 DAC, an Irish Corporation,<br>Petitioner,<br>v.<br>CARLOS EDUARDO GOMES DAURICIO, an individual,<br>Respondent. | Case No. 2:24-cv-10945-SPG-E<br><br>**JUDGMENT** |

On August 25, 2026, the Court granted Petitioner Prodigy Finance CM 2021-2 DAC's ("Petitioner") Petition to Confirm a Foreign Arbitration Award filed at ECF No. 1. (Order, ECF No. 43.) Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Final Award in Petitioner's favor is CONFIRMED.

Petitioner shall recover from Respondent Carlos Eduardo Gomes Dauricio:

1. the principal sum of $111,268.41;
2. interest in the amount of $50,621.64;
3. costs and expenses incurred in connection with the arbitration amounting to $5,200.00; and

4. post-judgment interest pursuant to 28 U.S.C. § 1961.

DATED: October 23, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE